IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| **JEFFREY MARTIN SCHULMAN** | § § § | Case No. 2:12-cv-01494-RCJ-GWF |
| **Plaintiff,** | § § | |
| v. | § § § | **PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE** |
| **WYNN LAS VEGAS, LLC, WYNN RESORTS HOLDINGS, LLC, WYNN RESORTS, LIMITED** | § § § § | (First Request) |
| **Defendants.** | § § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

COMES NOW, Plaintiff, JEFFREY MARTIN SCHULMAN (hereinafter "Plaintiff") hereby files this Plaintiff's Unopposed Motion for Continuance of Status Conference and asks the Court to continue the Status Conference presently set for June 11, 2015 at 10:00 A.M. and respectfully shows the Court as follows:

### I.
### Factual and Procedural Background

Plaintiff commenced this lawsuit on August 22, 2012. This case was consolidated with case 2:12-cv-01447-RFB-VCF by Order dated April 29, 2015. As case no. 2:12-cv-01494-RCJ-GWF was filed earlier, it serves as the lead case.

This Court set a Status Conference hearing for June 11, 2015 at 10:00 A.M.

In January 2015, Plaintiff's counsel purchased airfare to attend his sister's wedding in Tel Aviv, Israel. Plaintiff's flight is scheduled to arrive at Ben Gurion International Airport at 8:15

PM on June 11, 2015, which is 10:15 AM in Las Vegas. As such, Plaintiff's counsel will be unable appear telephonically as he will be mid-flight when the conference is set to begin.

On May 27, 2015, Plaintiff's counsel conferred with Defendant's counsel, Scott M. Abbott, who indicated that he is unopposed to Plaintiff's Motion for Continuance.

Plaintiff asks the court to continue the hearing setting as Plaintiff's counsel will be unable to appear telephonically.

## II.
## Argument

The court has the discretion to grant a continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner.

This is the first status conference continuance requested in this case by the Plaintiff.

This case is currently set for a Status Conference hearing on the docket on June 11, 2015 at 10:00 A.M.

Based upon the foregoing, the Plaintiff respectfully requests that the Court grant a continuance in this case.

This request for continuance is not merely for delay, but so that justice may be done.

## III.
## Prayer

WHEREFORE PREMISES CONSIDERED, Plaintiff Jeffrey Martin Schulman prays that the Court grants the Motion for Continuance and continue this hearing so that Plaintiff's counsel may appear telephonically.

ORDER

IT IS HEREBY ORDERED that the Motion to Continue Hearing (ECF #36) is GRANTED.
IT IS FURTHER ORDERED that the Status Conference currently set for June 11, 2015 is VACATED/CONTINUED to Friday, July 24, 2015 @ 10:00 A.M., in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 2nd day of June, 2015.

_____
ROBERT C. JONES

Respectfully Submitted,

**mathias** civil justice **pllc**

_____
Damon Mathias
Texas Bar No.: 24080170
8390 LBJ Freeway, Suite 500
Dallas, Texas 75243
Telephone: (214) 739-0100
Facsimile: (214) 739-0151
E-mail: damon@mcjlegal.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court Nevada, using the electronic case filing system of the court. That system sends a "Notice of Electronic Filing" to the other parties in this case (all of whom are registered ECF users) constituting service.

_____
Damon Mathias