**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY MARTIN SCHULMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC, *et al.*, <br><br> Defendants. | Case No.:  2:12-CV-01494-RCJ-GWF <br><br><br> **ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

On October 1, 2015, Defendants' Motion for Summary Judgment (ECF #60) was filed in this action.  Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, January 8, 2016,  in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 3rd day of November, 2015.

_____
ROBERT C. JONES
District Judge